IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:08-96-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DENNIS MICHAEL GALLIPEAU | ) | |
| | ) | |
| _____ | ) | |

On October 6, 2011, the court entered an order dismissing this action with prejudice. Now before the court are two motions filed by the defendant, one to alter or amend the judgment, and the second, to amend to make additional findings. The court has carefully reviewed the entire record in this case and has determined that its order dismissing the case addresses all issues that were properly raised in this case and no further action by this court is required. Accordingly, both motions (ECF Nos. 151 and 152) are denied.

IT IS SO ORDERED.

November 9, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge